NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRISELDA FERNANDEZ-SANCHEZ,  Petitioner,  v.  MERRICK B. GARLAND, Attorney General,  Respondent. | No. 19-73057  Agency No. A200-551-973  MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 19, 2022**

Before: SILVERMAN, CLIFTON, and HURWITZ, Circuit Judges.

Griselda Fernandez-Sanchez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying her motion to

terminate proceedings and dismissing her appeal from an immigration judge's

("IJ") decision denying her motion for a continuance. We have jurisdiction under

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to terminate.  *Dominguez v. Barr*, 975 F.3d 725, 734 (9th Cir. 2020).  We deny the petition for review.

In her opening brief, Fernandez-Sanchez does not raise any challenge to the agency's denial of her motion for a continuance.  *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are waived).

The BIA did not abuse its discretion in denying Fernandez-Sanchez's motion to terminate removal proceedings, where her challenges to the immigration court's jurisdiction are foreclosed by *Karingithi v. Whitaker*, 913 F.3d 1158, 1159 (9th Cir. 2019), and *Aguilar Fermin v. Barr*, 958 F.3d 887, 895 n.4 (9th Cir. 2020), because she received a notice of hearing that included the time, date, and place of the hearing.

The temporary stay of removal remains in place until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**